No. 77–781. PENTAGON CITY COORDINATING COMMITTEE, INC., ET AL. v. ARLINGTON COUNTY BOARD ET AL. Sup. Ct. Va. Certiorari denied.

No. 77–789. ZABY ET AL. v. CALIFORNIA; and DeMARCO ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–796. INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. v. CEDAR COAL CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–799. AQUILINO ET AL. v. McGRAW-EDISON CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–811. PHELPS DODGE CORP. ET AL. v. STATE TAX COMMISSION OF ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 77–816. DRIELICK v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 77–5422. BRINKLOW v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5423. McMANUS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5449. RODRIGUEZ v. RITCHEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5476. JACKSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–5478. JAQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5529. DeROSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.